# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGNET RX LLC, a New York limited liability company, d/b/a DRUG RITE PHARMACY, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> ASHGROVE MARKETING AGENCY, LLC, a Michigan limited liability company, <br><br> Defendant. | Civil Action No.: 1:21-cv-02691-KAM-VMS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, MAGNET RX LLC d/b/a DRUG RITE PHARMACY, through its undersigned attorneys, hereby dismisses this action with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

MAGNET RX, LLC d/b/a DRUG RITE PHARMACY

By: s/ Ryan M. Kelly
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Tele: 847-368-1500 / Fax: 847-368-1501
rkelly@andersonwanca.com

Jonathan Shalom
SHALOM LAW, PLLC
105-13 Metropolitan Avenue
Forest Hills, New York  11375
Tele: 718-971-9474
Jonathan@Shalomlawny.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2021, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/Ryan M. Kelly